IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMAX CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 05-cv-4207-JPG-PMF |
| | ) | |
| **CITY OF BRIDGEPORT, an Illinois** | ) | |
| **Municipal Corporation, MAX R. SCHAUF,** | ) | |
| **TRENT MASTERSON, JO BELL,** | ) | |
| **LAWRENCE GOGNAT, GEORGE** | ) | |
| **ZELLARS, and OTIS HAMMEL,** | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation of Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   February 13, 2007

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk


**APPROVED:** s/ J. Phil Gilbert
            U. S. DISTRICT JUDGE